UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Yankee Gas Services Company )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UGI Utilities, Inc. )<br>)<br>Defendant. ) | Case Number: 3:10-CV-00580 (MRK) |

**PROPOSED CASE MANAGEMENT ORDER**

NOW COME the parties, by and through their attorneys and hereby submit this Proposed Case Management Order pursuant to the Court's Order dated March 31, 2010. The parties propose that deadlines be set as follows:

- **Site Investigation Report** – Shall be completed and produced to UGI by **January 4, 2011**.

- **Supplemental Expert Reports** – Yankee Gas shall produce any supplemental report to UGI by **January 28, 2011**. UGI shall produce any supplemental report to Yankee Gas by **February 28, 2011**.

The parties do not anticipate depositions of experts or consultants but reserve the right to do so especially on any specific new issue raised in an expert report or the Site Investigation Report.

- **First Trial Submission** – Yankee Gas shall submit written direct testimony, pre-marked exhibits, proposed findings of fact and rulings of law on the threshold issues on or before **March 18, 2011**.

- **Second Trial Submission** – UGI shall submit written direct testimony, pre-marked exhibits, proposed findings of fact and rulings of law on the following issues on or before **April 15, 2011**:

    - Yankee Gas's threshold issues; and
    - Allocation and/or apportionment

UGI shall also file objections to Yankee Gas's exhibits, and responses to Yankee Gas's proposed findings of fact and rulings of law on the threshold issues by this date.

- **Third Trial Submission** – Yankee Gas shall submit written direct testimony, pre-marked exhibits, proposed findings of fact and rulings of law on allocation and/or apportionment, objections to UGI's exhibits, responses to UGI's proposed findings of fact and rulings of law and replies to UGI's responses to Yankee Gas's First Trial Submissions on or before **May 13, 2011**.

- **Fourth Trial Submission** – UGI shall submit its response to Yankee Gas's proposed findings of fact and rulings of law on allocation and/or apportionment, object to Yankee Gas's exhibits on allocation and/or apportionment and reply to Yankee Gas's responses to UGI's proposed findings of fact and rulings of law on or before **June 6, 2011**.

- The following **pre-trial materials** shall be filed on or before **June 20, 2011:**

    - Joint Pre-Trial Memorandum; and
    - Final Pre-Trial Briefs of the parties

- The final **Pre-Trial Conference** shall be held telephonically on **June 27, 2011 or at another time convenient for the Court**.

- **Trial** is set for **July 11 & 12, 2011**.

Respectfully submitted,

Yankee Gas Services Company

By Its Attorneys,

Date: May 17, 2010     By:     /s/ Bruce W. Felmly
                                /s/ Cathryn E. Vaughn
                                Bruce W. Felmly, Bar# ct21418
                                Barry Needleman, Bar# phv01313
                                Cathryn E. Vaughn, Bar # phv01312
                                900 Elm Street, P.O. Box 326
                                Manchester, New Hampshire 03105
                                Telephone (603) 625-6464

Duncan J. MacKay, Bar # ct03370
Charles J. Nicol, Bar # ct09073
Northeast Utilities Service Company as agent for
Yankee Gas Services Company and The
Connecticut Light and Power Company
107 Selden Street
Berlin, CT 06037
Telephone (860) 665-3431

UGI Utilities, Inc.

By its Attorneys,

/s/ Lee D. Hoffman
Lee D. Hoffman (CT17068)
PULLMAN & COMLEY, LLC
90 State House Square
Hartford, CT 06103
Telephone: 860.424.4300
Facsimile: 860.424.4370
lhoffman@pullcom.com

Jay N. Varon, Esq.
Michael J. Harwin, Esq.
Brian Kapatkin, Esq.
Jennifer Keas, Esq.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
Telephone (202)672-5300
jvaron@foley.com

Paul Bargren, Esq.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone (414)271-2400
pbargren@foley.com

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

s/ Cathryn E. Vaughn
Cathryn E. Vaughn
