UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Yankee Gas Services Company ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number: 3:10-CV-00580 (MRK) |
| v. ) | |
| ) | |
| UGI Utilities, Inc. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION TO DEADLINE TO ANSWER TO DEFENDANT'S COUNTERCLAIM**

NOW COMES the Plaintiff, Yankee Gas Services Company ("Yankee Gas"), by and through its attorneys, and hereby submits this Assented-to Motion for Extension to Deadline to Answer to Defendant's Counterclaim and states as follows:

1. The Defendant, UGI Utilities, Inc., filed its Answer and Counterclaim in this matter on May 13, 2010. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Yankee Gas's deadline to file its answer to UGI's counterclaim was June 3, 2010. Counsel for Yankee Gas inadvertently overlooked that deadline and now seeks to extend the deadline to file its answer to UGI's counterclaim.

2. Counsel for Yankee Gas has consulted with UGI's counsel, and UGI's counsel assents to an extension of the deadline to answer its counterclaim. Accordingly, Yankee Gas seeks an extension of the deadline to answer UGI's counterclaim to June 10, 2010. Yankee Gas is filing its Answer to Counterclaim simultaneously with this Motion.

3. This extension will not affect any of the deadlines set forth on the Case Management Order, including the trial date.

WHEREFORE, Yankee Gas respectfully requests that this Honorable Court grant this Motion to Extend Deadline to Answer Defendant's Counterclaim and such other relief as the Court deems fair and just.

                                 Respectfully submitted,

                                 Yankee Gas Services Company

                                 By Its Attorneys,

                                 McLANE, GRAF, RAULERSON & MIDDLETON,
                                  PROFESSIONAL ASSOCIATION

Date:  June 10, 2010         By:  /s/ Cathryn E. Vaughn
                                       Bruce W. Felmly, Bar# ct21418
                                       Barry Needleman, Bar# phv01313
                                       Cathryn E. Vaughn, Bar # phv01312
                                       900 Elm Street, P.O. Box 326
                                       Manchester, New Hampshire 03105
                                       Telephone (603) 625-6464


                                 Duncan J. MacKay, Bar # ct03370
                                 Charles J. Nicol, Bar # ct09073
                                 Northeast Utilities Service Company as agent for
                                 Yankee Gas Services Company and The
                                 Connecticut Light and Power Company
                                 107 Selden Street
                                 Berlin, CT 06037
                                 Telephone (860) 665-3495


## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2010, a copy of the Assented-to Motion to Extend Deadline to Answer Defendant's Counterclaim was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                 /s/ Cathryn E. Vaughn
                                 Cathryn E. Vaughn